COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 4/2008)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE** Sou-Hern **DISTRICT OF TEXAS**
Houston **DIVISION**

United States District Court
Southern District of Texas
FILED
MAY 10 2016
David J. Bradley, Clerk of Court

Alrad Dihhiule Bales #1822207
Plaintiff's name and ID Number

[Jury Trial Demanded]
I Am Under imminent danger
of Serious Physical Injury

Stevenson Unit
Place of Confinement

CASE NO._____
(Clerk will assign the number)

v. danli White, STATE classification Committee, in Work And
Individual capacity, P.O. Box 99 — Huntsville, Texas 77342 — 0099
Defendant's name and address

Kelly Enloe, STATE classification Committee, in Work And
individual capacity, P.O. Box 99 — Huntsville, Texas 77342 — 0099
Defendant's name and address

Defendant's name and address
( DO NOT USE "ET AL.")

---

### INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

 **Your complaint is subject to dismissal unless it conforms to these instructions and this form**.

1.  To start an action you must file an original and one copy of your complaint with the court.  You should keep a copy of the complaint for your own records.

2.  Your complaint must be legibly handwritten, in ink, or typewritten.  You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct.  If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.**  ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3.  You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure.  Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4.  When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate District Court, the Division and an address list of the Divisional Clerks.

**FILING FEE AND IN FORMA PAUPERIS**

1. In order for your complaint to be filed, it must be accompanied by the filing fee of $400.00.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis (IFP)*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "...if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire $400.00 filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion (s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuits in state or federal court relating to your
      imprisonment?                                                    ✓ YES ___ NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: 01/24/2011 (1)  03/11/2013 (2)
   2. Parties to previous lawsuit: Allen Dwayne Bales. (1)
      Plaintiff(s) Allen Dwayne Bales, (2)
      Defendant(s) Blake Henchcliffe And Jerry Jackson. (1) U.S. District Court Northern (1)
                   Elizabeth Brown, Blake Henchcliffe And Jerry Jackson (2)
                   Potter County And Randall County
   3. Court: (If federal, name the district; if state, name the county.) U.S. District Court Northern (1)
                                                                         Potter County. (2)
   4. Docket Number: 2:11-CV-00017-3 (1)
                     L03.808-A (2)
   5. Name of judge to whom case was assigned: Clinton E. Averille. (1)
                                               Dan L. Schaap. (2)
   6. Disposition: (Was the case dismissed, appealed, still pending?)
      Dismissed (1)  Dismissed (2)
   7. Approximate date of disposition: 2/22/2013 (1)
                                       5/12/2014 (2)

TACT T-A STEVENSON Unit

II.    PLACE OF PRESENT CONFINEMENT: _____
This MATTER is beyond the control of the TDCJ Agency to correct.

III.   EXHAUSTION OF GRIEVANCE PROCEDURES: It is not Required

        Have you exhausted both steps of the grievance procedure in this institution?    ___YES  ✓NO

        Attach a copy of the Step 2 grievance with the response supplied by the prison system.

                                         ALLEN DUANE BATES #1822207
IV.    PARTIES TO THIS SUIT:            STEVENSON Unit
                                         1525 FM 766 - CUERO, TX 77954
        A. Name and address of plaintiff: _____

        _____

        _____

        B. Full name of each defendant, his official position, his place of
           employment, and his full mailing address.

        Defendant #1: Dale WHITE, HEAD OF THE (SCC) STATE OF TEXAS
        P.O. Box # 99 - Huntsville, TEXAS 77342 - 099

        Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. DEFENDANT #1.
        DENIED MY TRANSFER AND CAUSE ME IMMINENT DANGER OF SERIOUS PHYSICAL INJURY
        WHICH IS A 8TH AMENDMENT RIGHT VIOLATION OF MINE. ONCE UCC PLACE ME BACK
        INTO GENERAL POPULATION. THIS IS CRUEL AND UNUSUAL PUNISHMENT INFLICTED.

        Defendant #2: KELLI ENLOE, CHAIRPERSON OF THE (SCC) STATE OF TEXAS
        P.O. Box 99 - Huntsville, TEXAS 77342 - 0099

        Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. DEFENDANT #2.
        DENIED MY TRANSFER AND CAUSE ME IMMINENT DANGER OF SERIOUS PHYSICAL INJURY.
        CRUEL AND UNUSUAL PUNISHMENT INFLICTED A 8TH AMENDMENT RIGHT VIOLATION
        ONCE (UCC) PLACE ME BACK INTO GENERAL POPULATION.
        Defendant #3: _____

        _____

        Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

        _____

        Defendant #4: _____

        _____

        Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

        _____

        Defendant #5: _____

        _____

        Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

        _____

V.   STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. On 4/4/2016 And 4/5/2016 I was Gambling. I Lost And one 5 different Gang Members At the Stevenson unit. On 4/5/2016 I was Told by Ana Face And A.J. Gangs members, if I did nt Have their Money on 4/6/2016 I Would Get Beat up. On 4/6/2016 At About 4:AM I Spoke with (Sgt) Abbis And A Female (Lt.) Which Her name is unknown And I told them that I owe 5 different Gang members From Gambling. The Female (Lt.) Asked Me, if I Felt My Life Was in Danger, I Plaintiff State# Yes And I would Like Protective custody, I sign on All 5 Gang members statements. The Female (Lt.) Had Me Place in Administrative Segregation. On 4/11/2016 I saw unit Classification committee And committee Recommended A Transfer. On 5/4/2016 I saw unit Classification committee And I was Told by Major Ruiz that the State Classification committee Denied My Transfer And that unit classification committee Would Have to Put Me Back in General Population. Later on About Date 5/4/2016 I was Place back in General Population, As I Still Fear For My Life. Please Help.

RELIEF: State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would simply Like A Transfer To the Twin unit or DalHart unit. I Seek Recovery Of This Lawsuit.

VII.  GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Allen D. Bates, Allen Dewaine Bates, Allen Dwaine Bates

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.

1822207 The Rest is unknown

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?   ( Not Sure )  ___ YES ___ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): _____

   2. Case Number: _____

   3. Approximate date sanctions were imposed: _____

   4. Have the sanctions been lifted or otherwise satisfied?   ___ YES ___ NO

C. Has any court ever warned or notified you that sanctions could be imposed? (Not Sure) ___ YES ___ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed warning (if federal, give the district and division): _____

   2. Case Number: _____

   3. Approximate date warnings were imposed: _____

Executed on: 5/4/2016
          DATE

ALLENDWAYNE BATES
Allan Dwayne Bates
(Signature of plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this _____4_____ day of _____May_____, 20 16 .
          (Day)                     (month)              (year)

ALLENDWAYNE BATES
Allan Dwayne Bates
(Signature of plaintiff)

**WARNING: The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the above questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.**

CORPUS CHRISTI
TX 784 1 T
06 MAY 2016 PM

ALEN DWAYNE BATES #1832857
STEVE LISON UNIT
1525 FM 766
CUERO, TX 77984

(LEGAL MAIL)

U.S. DISTRICT COURT CLERK
P.O. BOX 61010
HOUSTON, TEXAS 77208

United States District Court
Southern District of Texas
FILED

MAY 1 0 2016

David J. Bradley, Clerk of Court

77208+0101 B009